IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RECEIVED
USMS-PRIS OPS
BALTIMORE, MD

2014 JUN 25 P 3: 59

UNITED STATES OF AMERICA       *

vs.                            *       Case No.   WDQ-14-0310

JEFFREY COHEN                  *

\*\*\*\*\*\*

## ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

Upon motion of the United States for Temporary Detention, it is ORDERED that a detention hearing is set for _June 27 2014_ (date) at _2:00_ (time) before _Honorable Beth P. Gesner_, United States Magistrate Judge, 101 West Lombard Street, Baltimore, Maryland 21201 Courtroom ____7B____.

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (_____) (Other Custodial Official) and produced for the hearing.

June 25, 2014
Date

Beth P. Gesner
United States Magistrate Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2014 JUN 26 A 10: 42
CLERK'S OFFICE
AT BALTIMORE
BY _____ DEPUTY

U.S. District Court (4/2000) Criminal Magistrate Forms: Order Temp. Detention