IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RECEIVED
USMS-PRIS OPS
BALTIMORE, MD

2014 JUN 27 P 4: 19

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| vs. | * Case No. WDQ-14-0310 |
| **JEFFREY COHEN** | * |

\*\*\*\*\*\*

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by _Joseph Murtha_, and the Government was represented by Assistant United States Attorney _Harry Gruber_, it is

**ORDERED,** this __27th__ day of __June__ __2014__, that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.

_____
Beth P. Gesner
United States Magistrate Judge

FILED U.S. DISTRICT COURT DISTRICT OF MARYLAND
2014 JUN 30 P 1:15
BY ___ DEPUTY
CLERK'S OFFICE AT BALTIMORE