IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Case No. WDQ-14-0310 |
| JEFFREY COHEN | * | |

\* \* \* \* \* \*

### ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The above named Defendant having been found to be indigent and entitled to appointment of counsel under the Criminal Justice Act, it is, this 14th day of July, 2014, hereby

**ORDERED** that the Federal Public Defender for the District of Maryland be and is hereby appointed to represent the Defendant in all further proceedings before this Court.

_____
Timothy J. Sullivan
United States Magistrate Judge

cc: Defendant
    Office of the Public Defender:

  ☒ Baltimore, MD (410-962-3962)      ☐ Greenbelt, MD (301-344-0600)