===================================================================

# UNITED STATES DISTRICT COURT
--------------- DISTRICT OF MARYLAND ---------------

APPEARANCE

UNITED STATES OF AMERICA

v.   CASE NUMBER:   WDQ-14-0310

**JEFFREY BRIAN COHEN**

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Jeffrey Brian Cohen.  I certify that I am admitted to practice in this court.

Date: <u>July 15, 2014</u>

<u>          /s/                              </u>
BRENDAN HURSON, #28179
Assistant Federal Public Defender
Tower II - 9TH Floor
100 South Charles Street
Baltimore, Maryland  21201
(410)  962-3962 (t)
(410)  962-0872 (f)
Email: brendan_hurson@fd.org