7/9/14

U.S. Magistrate KOG
USDC - Northern Division

RE: U.S.A. v. Jeffrey Brian Cohen
Case #: ? WDQ-14-310

To Your Honor:

Please forgive my informal address of this letter, I have no paperwork regarding my matter and I am unaware of the spelling of your name.

This letter is to respectfully request your help in ensuring the prompt processing of this matter. On ~~Tuesday~~ June 25, 2014 I was taken into detention at the Chesapeake Detention Facility. I appeared before you for a preliminary hearing on Friday June 27, my then current counsel requested a postponement and it was granted. It was my understanding that a hearing would be rescheduled within five days. It has now been 13 days and nothing has been scheduled.

I have requested new counsel to be appointed but I have not heard from anyone with regard to new counsel. Since no counsel has been assigned, I assume I must proceed on a pro se basis.

As such, I respectfully request the opportunity to prepare for the matter before you. I have not had access to any materials that will permit me to adequately prepare for the matter.

1 of 3

During my detention I have not had phone access. The phone vendor that provides service to the CDF has incompetently disconnected the phone access for many inmates and unfortunately, I am affected. I have not had phone access for over a week and I cannot adequately prepare my defense without phone capabilities.

In addition, there are no adequate legal preparation resources within the CDF; I have no paper, computer, legal search, legal library, or legal assistance. This letter had to be written on borrowed paper from another inmate.

All of my legal documents were seized on June 25 including attorney client privileged communications by the Federal Agents and I have no knowledge regarding where these incredibly valuable documents are presently held and what privileged matter has been jeopardized. I fear the worst has happened because of what I have been told by my parents during a single visit. I have been informed that the overzealous agents investigating this matter have threatened my friends and family including my wife who is now terrified to visit me because of what the agents and prosecution have threatened her with.

In addition to the lack of adequate legal resources, I am not receiving mail so I do not know the present status of this matter.

There are several motions that I need to file in this matter asap but I do not have adequate access to the resources needed to properly prepare the defense of this matter.

Please order the proper processes and hearings to be scheduled immediately so that my rights are not prejudiced any longer.

Again, please excuse the informal nature of this letter, I am an individual with great experience in litigated matters and this letter is an embarrassment to the proper presentation to the Court.

Sincerely,

Jeffrey Cohen

Inmate # 428591
CDF
401 E. Madison Street
Baltimore, MD 21202