=====================================================================

# UNITED STATES DISTRICT COURT
--------------- DISTRICT OF MARYLAND ---------------

APPEARANCE

UNITED STATES OF AMERICA

v.                                             CASE NUMBER: WDQ-14-310

JEFFREY BRIAN COHEN

To the Clerk of this Court and all parties of record:

　　　Please enter my appearance as counsel in this case for Jeffrey Brian Cohen.  I certify that I am admitted to practice in this court.

Date:　　08/05/2014

　　　　　　　　　　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　DEBORAH L. BOARDMAN, #28655
　　　　　　　　　　　　　　　　　　　　　　　Assistant Federal Public Defender
　　　　　　　　　　　　　　　　　　　　　　　Office of the Federal Public Defender
　　　　　　　　　　　　　　　　　　　　　　　100 South Charles Street
　　　　　　　　　　　　　　　　　　　　　　　Tower II, 9th Floor
　　　　　　　　　　　　　　　　　　　　　　　Baltimore, Maryland 21201
　　　　　　　　　　　　　　　　　　　　　　　Phone: (410) 962-3962
　　　　　　　　　　　　　　　　　　　　　　　Fax: (410) 962-0872
　　　　　　　　　　　　　　　　　　　　　　　Email: deborah_boardman@fd.org