IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO.   WDQ-14-0310 |
| | : | |
| JEFFREY COHEN | : | |
| | : | |

...o0o...

ENTRY OF APPEARANCE

Please enter the appearance of Joyce K. McDonald, Assistant United States Attorney for the District of Maryland as co-counsel on behalf of the United States.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney


_____/s/_____
Joyce K. McDonald
Assistant United States Attorney