IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No. WDQ-14-310 |
| JEFFREY COHEN | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO WITHDRAW AS COUNSEL

James Wyda, Federal Public Defender for the District of Maryland, and Brendan A. Hurson, and Deborah L. Boardman, Assistant Federal Public Defenders, respectfully move for the order of this Court allowing the Federal Public Defender to withdraw as counsel for Jeffrey Cohen and in support thereof allege the following:

1. Mr. Cohen is charged by Indictment and Superseding Indictment with offenses including wire fraud, money laundering, and making false statements to insurance regulators.

2. On November 6, 2014, the Court entered an Order setting trial for June 1, 2015.

3. On the evening of November 10, 2014, the undersigned were contacted by a member of Mr. Cohen's family to inform us that Mr. Cohen no longer wished to be represented by the undersigned and indicating that he wished to proceed *pro se.*

4. Counsel met with Mr. Cohen at the earliest opportunity[1] to discuss the request. At that meeting, Mr. Cohen unequivocally stated that he wished to proceed *pro se*, and indicated that he had mailed a *pro se* motion to the Court requesting same. His mailing should be received by the Court today. During our meeting, he also unequivocally requested that we immediately cease

---

[1] The meeting occurred Wednesday, November 12, 2014 because Tuesday's Veteran's Day Holiday made it impossible to schedule an earlier attorney visit at Mr. Cohen's place of incarceration.

representing him.

5. The attorney/client relationship between undersigned counsel and Mr. Cohen has suffered a total break down. This, coupled with Mr. Cohen's unequivocal request for our termination as counsel and his request to proceed *pro se*, makes immediate withdraw of the undersigned necessary.

6. This request to withdraw comes after consultation with James Wyda, Federal Public Defender.

**WHEREFORE**, it is requested that this Honorable Court allow the Federal Public Defender for the District of Maryland, and specifically Brendan Hurson and Deborah Boardman, to withdraw as counsel for Mr. Cohen.

Respectfully submitted,

JAMES WYDA
Federal Public Defender
   for the District of Maryland

/S/
_____
Brendan A. Hurson
Deborah L. Boardman
Assistant Federal Public Defenders
100 S. Charles Street
Tower II, Ninth Floor
Baltimore, Maryland  21201
(410) 962-3962 (p)
(410) 962-0872 (f)
Email: brendan_hurson@fd.org
          deborah_boardman@fd.org