# United States District Court
District of Maryland

Chambers of
William D. Quarles, Jr.
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0946
410-962-0868 (Fax)
MDD_WDQChambers@mdd.uscourts.gov

April 28, 2015

Mr. Jeffrey Cohen
Reg. No. 4080002
Chesapeake Detention Facility
401 East Madison Street
Baltimore, MD 21202

Re: *United States v. Cohen*, Criminal No. WDQ-14-0310

Dear Mr. Cohen:

I have received your April 20, 2015 letter seeking guidance about the May 4, 2015 evidentiary hearing. During the hearing, the Court will receive evidence that you or the government may submit about the pending motions that require factual findings.

Additionally, as noted in the Court's Order about your Request for Rule 17 subpoenas, *see* ECF No. 280 (sealed), Fed. R. Crim. P. 17(b) (b) permits the issuance of a subpoena for a named witness when the defendant's *ex parte* application shows *both* an inability to pay *and* the necessity for the witness's presence. Otherwise, a subpoena will not be issued.

Very truly yours,

William D. Quarles, Jr.
United States District Judge

cc:   Felicia C. Cannon, Clerk
      Harry Mason Gruber, Esquire
      Joyce K. McDonald, Esquire
      Assistant U.S. Attorneys
      Office of the United States Attorney
      36 South Charles Street, Fourth Floor
      Baltimore, MD 21201